# In the United States Court of Federal Claims

| | |
|---|---|
| ADVANCED TEAM CONCEPTS, INC., *Plaintiff,* | Case No. 02-197C |
| v. | Filed: October 2, 2006 |
| THE UNITED STATES, *Defendant.* | Senior Judge Smith |

## ORDER

The Court hereby SCHEDULES a telephone status conference for Monday, December 4 , 2006 at 11:00 a.m. EDT to update the Court on the progress of settlement.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE