# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| ADVANCED TEAM CONCEPTS, INC., | * | |
| | * | |
| *Plaintiff*, | * | |
| | * | Case No. 02-197C |
| v. | * | |
| | * | Filed: December 12, 2006 |
| THE UNITED STATES, | * | |
| | * | Senior Judge Smith |
| *Defendant*. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby RESCHEDULES the telephone status conference previously set for Monday, December 4, 2006 to Tuesday, January 6, 2007 at 11:00 a.m. EST to update the Court on the progress of settlement.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE