# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ADVANCED TEAM CONCEPTS, INC., *Plaintiff*, v. THE UNITED STATES, *Defendant*. | | Case No. 02-197C<br>Filed: December 14, 2006<br>Senior Judge Smith |

## AMENDED ORDER

The Court hereby RESCHEDULES the telephone status conference previously set for Monday, December 4, 2006 to Tuesday, January 9, 2007 at 11:00 a.m. EST to update the Court on the progress of settlement.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE