# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| ADVANCED TEAM CONCEPTS, INC., | * | |
| *Plaintiff,* | * | |
| | * | Case No. 02-197C |
| v. | * | |
| | * | Filed: January 12, 2007 |
| THE UNITED STATES, | * | |
| | * | Senior Judge Smith |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the status conference held on Tuesday, January 9, 2007, Plaintiff's brief on damages shall be filed and served on or before Friday, January 19, 2007. Defendant's response and Plaintiff's reply shall be filed and served in accordance with the Rules of the Court.

The Court SCHEDULES a telephone status conference for Tuesday March 20, 2007 at 2:30 p.m. E.D.T. The Court further SCHEDULES oral argument for April 10, 2007 at 2:30 p.m. E.D.T. to be held by telephone.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE