**D. Verification.**

Pursuant to 28 U.S.C.A. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2006

Larry Meeker

Larry Meeker