# SUPPLEMENTAL APPENDIX

# INDEX TO APPENDIX

**DOCUMENT** **PAGE(S)**

U.S. Corporation Income Tax Return, filed by Advanced Team Concepts (2000) . . . . . . . . . . 1-4

U.S. Corporation Income Tax Return, filed by Advanced Team Concepts (2001) . . . . . . . . . . 5-8