**Supplemental Appendix 1**

Form **1120** — Department of the Treasury, Internal Revenue Service

# U. S. Corporation Income Tax Return

OMB No. 1545-0123 — **2000**

For calendar year 2000 or tax year beginning ____________, 2000, ending ____________, 20 ____

▶ Instructions are separate. See page 1 for Paperwork Reduction Act Notice.

A Check if a:
1 Consolidated return (attach Form 851) ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (as defined in Temporary Regs. sec. 1.441-4T– see instructions) ☐

Use IRS label. Otherwise, print or type.

ADVANCED TEAM CONCEPTS
7312 STONEY POINT DR
PLANO, TX 75025-6115

B Employer identification number: 75-2636455
C Date incorporated: 4/01/1996
D Total assets (see page 8 of instructions): $ 152,104

E Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Change of address

## INCOME

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts/sales 854,504 b Less returns & allowances ____ c Balance ▶ | 1c | 854,504 |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 854,504 |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | 10,452 |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | 9 | |
| 10 | Other income (see page 8 of instructions – attach schedule) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 11 | 864,956 |

## DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS)

| Line | Description | | Amount |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 12 | 300,750 |
| 13 | Salaries and wages (less employment credits) | 13 | 357,323 |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | 27 |
| 16 | Rents | 16 | 11,567 |
| 17 | Taxes and licenses | 17 | 39,092 |
| 18 | Interest | 18 | |
| 19 | Charitable contributions (see page 11 of instructions for 10% limitation) | 19 | |
| 20 | Depreciation (attach Form 4562) — 20: 2,983 | | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return — 21a: | 21b | 2,983 |
| 22 | Depletion | 22 | |
| 23 | Advertising | 23 | 4,446 |
| 24 | Pension, profit-sharing, etc., plans | 24 | |
| 25 | Employee benefit programs | 25 | |
| 26 | Other deductions (attach schedule) See Statement 1 | 26 | 80,526 |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | 796,714 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 68,242 |
| 29 | Less: a Net operating loss (NOL) deduction (see page 13 of instrs.) — 29a: | | |
| | b Special deductions (Schedule C, line 20) — 29b: | 29c | |

## TAX AND PAYMENTS

| Line | Description | | Amount |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28 | 30 | 68,242 |
| 31 | **Total tax** (Schedule J, line 11) | 31 | 12,061 |
| 32 | **Payments:** | | |
| | a 1999 overpayment credited to 2000 — 32a: | | |
| | b 2000 estimated tax payments — 32b: 10,500 | | |
| | c Less 2000 refund applied for on Form 4466 — 32c: ( ) d Bal ▶ 32d: 10,500 | | |
| | e Tax deposited with Form 7004 — 32e: | | |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439) — 32f: | | |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions — 32g: | 32h | 10,500 |
| 33 | Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached ▶ ☒ | 33 | 6 |
| 34 | **Tax due.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | 1,567 |
| 35 | **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 | Enter amount of line 35 you want: **Credited to 2001 estimated tax** ▶ **Refunded** ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ▶ ____ Date ____ ▶ Title ____

**Paid Preparer's Use Only**

Preparer's signature ▶ — Date: 2/19/01 — Check if self-employed ☐ — Preparer's SSN or PTIN: 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

Firm's name (or yours if self-employed) address, and ZIP code ▶ Andrew L. Chaffin, CPA, P.C.
100 N. Central Expwy #500
Richardson, TX 75080

EIN: 75-2791413
Phone no.: (972) 997-8270

Supplemental Appendix 2



## Schedule A Cost of Goods Sold (See page 14 of instructions.)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on line 2, page 1 | 8 | |

9a Check all methods used for valuing closing inventory:

(i) ☐ Cost as described in Regulations section 1.471-3

(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

(iii) ☐ Other (Specify method used and attach explanation.) ▶

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO 9d

e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ☐ Yes ☐ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

## Schedule C Dividends and Special Deductions (See page 15 of instructions.)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | see instr. | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See page 16 of instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from certain FSCs that are subject to the 100% deduction (section 245(c)(1)) | | 100 | |
| 12 | Dividends from affiliated group members subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, or 11 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on line 29b, page 1 ▶ | | | |

## Schedule E Compensation of Officers (See instructions for line 12, page 1.)

**Note:** Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1, Form 1120) are $500,000 or more.

| 1 (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| LARRY MEEKER | 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 | 100 % | 100% | 0.00% | 300,750 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| 2 | Total compensation of officers | 300,750 |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | |
| 4 | Subtract line 3 from line 2. Enter the result here and on line 12, page 1 | 300,750 |

## Schedule J Tax Computation (See page 17 of instructions.)

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (see sections 1561 and 1563) ▶ ☐ **Important:** Members of a controlled group, see instructions on page 17. | | |
| 2a | If box on line 1 is checked, enter corp's share of $50,000, $25,000, & $9,925,000 taxable inc brackets (in that order): (1) $ (2) $ (3) $ | | |
| b | Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750) $ (2) Additional 3% tax (not more than $100,000) $ | | |
| 3 | Income tax. Check if a qualified personal service corporation under section 448(d)(2) (see page 17) ▶ ☐ | 3 | 12,061 |
| 4 | Alternative minimum tax (attach Form 4626) | 4 | |
| 5 | Add lines 3 and 4 | 5 | 12,061 |
| 6a | Foreign tax credit (attach Form 1118) — 6a | | |
| b | Possessions tax credit (attach Form 5735) — 6b | | |
| c | Check: ☐ Nonconventional source fuel credit ☐ QEV credit (attach Form 8834) — 6c | | |
| d | General business credit. Enter here & check which forms are attached: ☐ 3800 ☐ 3468 ☐ 5884 ☐ 6478 ☐ 6765 ☐ 8586 ☐ 8830 ☐ 8826 ☐ 8835 ☐ 8844 ☐ 8845 ☐ 8846 ☐ 8820 ☐ 8847 ☐ 8861 — 6d | | |
| e | Credit for prior year minimum tax (attach Form 8827) — 6e | | |
| f | Qualified zone acadamy bond credit (attach Form 8860) — 6f | | |
| 7 | **Total credits.** Add lines 6a through 6f | 7 | |
| 8 | Subtract line 7 from line 5 | 8 | 12,061 |
| 9 | Personal holding company tax (attach Schedule PH (Form 1120)) | 9 | |
| 10 | Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 | 10 | |
| 11 | **Total tax.** Add lines 8 through 10. Enter here & on line 31, page 1 | 11 | 12,061 |

## Schedule K Other Information (See page 19 of instructions.)

| | | Yes | No |
|---|---|---|---|
| 1 | Check method of accounting: a ☒ Cash b ☐ Accrual c ☐ Other (specify) ▶ | | |
| 2 | See page 21 of the instructions and enter the: a Business activity code no. ▶ 541600 b Business activity ▶ TRAINING c Product or service ▶ TRAINING | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | | X |
| 4 | Is the corporation a subsidiary in an affiliated group or a parent–subsidiary controlled group? If "Yes," enter name and EIN of the parent corporation ▶ | | X |
| 5 | At the end of the tax year, did any individual, partnership, corporation, estate or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing name and identifying no. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ 100% See Statement 2 | X | |
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See secs. 301 and 316.) If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. If this is a consolidated return, answer here for the parent corporation and on **Form 851**, Affiliations Schedule, for each subsidiary. | | X |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? If "Yes," a Enter percentage owned ▶ b Enter owner's country ▶ c The corporation may have to file **Form 5472**, Information Return of a 25% Foreign–Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ | | X |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ If checked, the corporation may have to file **Form 8281**, Information Return for Publically Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax–exempt interest received or accrued during the tax year ▶ $ None | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 75 or fewer) ▶ 1 | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ | | |
| 12 | Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ | | |

**Note:** If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach **Schedule N (Form 1120),** Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

**Schedule L — Balance Sheets per Books**

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 83,140 | | 152,104 |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach sch.) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach sch.) | | | | |
| 10a Buildings and other depreciable assets | | | 33,081 | |
| b Less accumulated depreciation | ( ) | | (33,081) | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (attach schedule) | | | | |
| 15 Total assets | | 83,140 | | 152,104 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 240 | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach sch.) Stmt. 3 | | 2,961 | | 3,566 |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach sch.) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 1,000 | 1,000 | 15,000 | 15,000 |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings – Appropriated | | | | |
| 25 Retained earnings – Unappropriated | | 78,939 | | 133,538 |
| 26 Adjustments to shareholders' equity | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 83,140 | | 152,104 |

**Note:** The corporation is not required to complete Schedules M–1 and M–2 if the total assets on line 15, column (d) of Schedule L are less than $25,000.

**Schedule M–1 — Reconciliation of Income (Loss) per Books With Income per Return** (See page 20 of instructions.)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 54,599 | 7 Income recorded on books this year not included on this return (itemize): | |
| 2 Federal income tax | 12,061 | a Tax-exempt interest $ | |
| 3 Excess of capital losses over capital gains | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | 8 Deductions on this return not charged against book income this year (itemize): | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation . . . . $ | |
| a Depreciation . . . . $ | | b Contrib carryover $ | |
| b Contributions carryover . . . . $ | | | |
| c Travel and entertainment . . . $ 1,576 | | | |
| Statement 4 6 | 1,582 | 9 Add lines 7 and 8 | 0 |
| 6 Add lines 1 through 5 | 68,242 | 10 Income (line 28, pg. 1) – line 6 less line 9 | 68,242 |

**Schedule M–2** [redacted]

**Supplemental Appendix 5**

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return 2001

► Instructions are separate. See instructions for Paperwork Reduction Act Notice.

IRS use only — Do not write or staple in this space.

For calendar year 2001 or tax year beginning , 2001, ending , 20 OMB No. 1545-0123

A Check if a:
1 Consolidated return (attach Form 851) . . . [X]
2 Personal holding company (attach Schedule PH) . . . . . . [ ]
3 Personal service corp (as defined in Temp Regs Section 1.441-4T — see instructions) . . [ ]

Use IRS label. Otherwise, print or type.

ADVANCED TEAM CONCEPTS
7312 STONEY POINT DR
PLANO, TX 75025-6115

B Employer Identification Number: 75-2636455
C Date Incorporated: 4/01/1996
D Total Assets (see instructions): $ 159,549.

E Check applicable boxes: (1) [ ] Initial return (2) [ ] Final return (3) [ ] Name change (4) [ ] Address change

| | Line | Description | Sub-box | Sub-amount | Line | Amount |
|---|---|---|---|---|---|---|
| INCOME | 1 a | Gross receipts or sales 433,260. b Less returns & allowances c Balance ► | | | 1c | 433,260. |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 433,260. |
| | 4 | Dividends (Schedule C, line 19) | | | 4 | |
| | 5 | Interest | | | 5 | 7,031. |
| | 6 | Gross rents | | | 6 | |
| | 7 | Gross royalties | | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | | 9 | |
| | 10 | Other income (see instructions — attach schedule) | | | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 ► | | | 11 | 440,291. |
| DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS ON DEDUCTIONS) | 12 | Compensation of officers (Schedule E, line 4) | | | 12 | 134,000. |
| | 13 | Salaries and wages (less employment credits) | | | 13 | 197,187. |
| | 14 | Repairs and maintenance | | | 14 | 192. |
| | 15 | Bad debts | | | 15 | 1,281. |
| | 16 | Rents | | | 16 | 4,358. |
| | 17 | Taxes and licenses | | | 17 | 25,856. |
| | 18 | Interest | | | 18 | |
| | 19 | Charitable contributions (see instructions for 10% limitation) | | | 19 | 100. |
| | 20 | Depreciation (attach Form 4562) | 20 | 484. | | |
| | 21 | Less depreciation claimed on Schedule A and elsewhere on return | 21 a | | 21 b | 484. |
| | 22 | Depletion | | | 22 | |
| | 23 | Advertising | | | 23 | 747. |
| | 24 | Pension, profit-sharing, etc, plans | | | 24 | |
| | 25 | Employee benefit programs | | | 25 | |
| | 26 | Other deductions (attach schedule) See Statement 1 | | | 26 | 64,980. |
| | 27 | **Total deductions.** Add lines 12 through 26 ► | | | 27 | 429,185. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | 11,106. |
| | 29 | Less: a Net operating loss (NOL) deduction (see instructions) | 29 a | | | |
| | | b Special deductions (Schedule C, line 20) | 29 b | | 29 c | |
| TAX AND PAYMENTS | 30 | **Taxable income.** Subtract line 29c from line 28 | | | 30 | 11,106. |
| | 31 | **Total tax** (Schedule J, line 11) | | | 31 | 1,666. |
| | 32 | **Payments:** a 2000 overpayment credited to 2001 (32 a) | | | | |
| | | b 2001 estimated tax payments (32 b) 12,080. | | | | |
| | | c Less 2001 refund applied for on Form 4466 (32 c) d Bal ► | 32 d | 12,080. | | |
| | | e Tax deposited with Form 7004 | 32 e | | | |
| | | f Credit for tax paid on undistributed capital gains (attach Form 2439) | 32 f | | | |
| | | g Credit for federal tax on fuels (attach Form 4136). See instructions | 32 g | | 32 h | 12,080. |
| | 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► [ ] | | | 33 | |
| | 34 | **Tax due.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | | 34 | |
| | 35 | **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | | 35 | 10,414. |
| | 36 | Enter amount of line 35 you want: Credited to 2002 estimated tax ► Refunded ► | | | 36 | 10,414. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► Signature of Officer Date ► Title

May the IRS discuss this return with the preparer shown below? (see inst) [X] Yes [ ] No

**Paid Preparer's Use Only**

Preparer's Signature ► Date Check if self-employed . . . . . [ ] Preparer's SSN or PTIN 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

Firm's Name (or yours if self-employed), Address, and ZIP Code ► Andrew L. Chaffin, CPA, P.C.
100 N. Central Expwy #500
Richardson, TX 75080

EIN 75-2791413
Phone No. (972) 997-8270

Supplemental Appendix 6



## Schedule A Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional Section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on line 2, page 1 | 8 | |

9a Check all methods used for valuing closing inventory:

(i) ☐ Cost as described in Regulations Section 1.471-3

(ii) ☐ Lower of cost or market as described in Regulations Section 1.471-4

(iii) ☐ Other (specify method used and attach explanation) ► ____________

b Check if there was a writedown of subnormal goods as described in Regulations Section 1.471-2(c) ► ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ► ☐

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO | 9d |

e If property is produced or acquired for resale, do the rules of Section 263A apply to the corporation? ☐ Yes ☐ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation. ☐ Yes ☐ No

## Schedule C Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) Percentage | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (Section 246A) | | see instr. | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (Section 245(b)) | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from certain FSCs that are subject to the 100% deduction (Sec 245(c)(1)) | | 100 | |
| 12 | Dividends from affiliated group members subject to the 100% deduction (Section 243(a)(3)) | | 100 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, or 11 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (Section 78) | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (Section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on line 4, page 1 ► | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on line 29b, page 1 ► | | | |

## Schedule E Compensation of Officers (see instructions for line 12, page 1.)

**Note:** *Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1, Form 1120) are $500,000 or more.*

| 1 (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| 2 | Total compensation of officers | |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | |
| 4 | Subtract line 3 from line 2. Enter the result here and on line 12, page 1 | |

## Schedule J Tax Computation (see instructions)

1 Check if the corporation is a member of a controlled group (see Sections 1561 and 1563) ► ☐
**Important:** Members of a controlled group, see instructions.

2a If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, & $9,925,000 taxable income brackets (in that order):
(1) $ ______ (2) $ ______ (3) $ ______

b Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750) $ ______
(2) Additional 3% tax (not more than $100,000) $ ______

| Line | Description | | Amount |
|---|---|---|---|
| 3 | Income tax. Check if a qualified personal service corporation under Section 448(d)(2) (see instructions) ► ☐ | 3 | 1,666. |
| 4 | Alternative minimum tax (attach Form 4626) | 4 | |
| 5 | Add lines 3 and 4 | 5 | 1,666. |
| 6a | Foreign tax credit (attach Form 1118) | 6a | |
| b | Possessions tax credit (attach Form 5735) | 6b | |
| c | Check: ☐ Nonconventional source fuel credit ☐ QEV credit (attach Form 8834) | 6c | |
| d | General business credit. Check box(es) and indicate which forms are attached. ☐ Form 3800 ☐ Form(s) (specify) ► | 6d | |
| e | Credit for prior year minimum tax (attach Form 8827) | 6e | |
| f | Qualified zone academy bond credit (attach Form 8860) | 6f | |
| 7 | **Total credits.** Add lines 6a through 6f | 7 | |
| 8 | Subtract line 7 from line 5 | 8 | 1,666. |
| 9 | Personal holding company tax (attach Schedule PH (Form 1120)) | 9 | |
| 10 | Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Form 8697 ☐ Form 8866 ☐ Other (attach schedule) | 10 | |
| 11 | **Total tax.** Add lines 8 through 10. Enter here and on line 31, page 1 | 11 | 1,666. |

## Schedule K Other Information (see instructions)

| | Question | Yes | No |
|---|---|---|---|
| 1 | Check method of accounting: a ☒ Cash b ☐ Accrual c ☐ Other (specify) ► | | |
| 2 | See the instructions and enter the: a Business activity code no. ► 541600; b Business activity ► TRAINING; c Product or service ► TRAINING | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see Section 267(c).) See Form 851 | X | |
| | If 'Yes,' attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | | |
| 4 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If 'Yes,' enter name and EIN of the parent corporation ► | | |
| 5 | At the end of the tax year, did any individual, partnership, corporation, estate or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see Section 267(c).) | X | |
| | If 'Yes,' attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter % owned ► 100.% See Statement 2 | | |
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See Sections 301 and 316.) | | X |
| | If 'Yes,' file **Form 5452**, Corporate Report of Nondividend Distributions. | | |
| | If this is a consolidated return, answer here for the parent corporation and on **Form 851,** Affiliations Schedule, for each subsidiary. | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? | | X |
| | If 'Yes,' enter: (a) Percentage owned ► and (b) Owner's country ► | | |
| | c The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ► | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ► ☐ If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ► $ None | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 75 or fewer) ► 1 | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ► ☐ If the corporation is filing a consolidated return, the statement required by Regulations Section 1.1502-21(b)(3)(i) or (ii) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ► $ | | |

**Note:** *If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach* ***Schedule N (Form 1120),*** *Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.*

Form 1120 (2001) ADVANCED TEAM CONCEPTS 75-2636455 Page 4

**Schedule L — Balance Sheets per Books**

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 152,104. | | 147,198. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach schedule) See St 3 | | | | 10,414. |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | 33,081. | | 35,502. | |
| b Less accumulated depreciation | 33,081. | | 33,565. | 1,937. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach schedule) | | | | |
| 15 Total assets | | 152,104. | | 159,549. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach sch) See St 4 | | 3,566. | | 4,518. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach schedule) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 15,000. | 15,000. | 15,000. | 15,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings — Approp (att sch) | | | | |
| 25 Retained earnings — Unappropriated | | 133,538. | | 140,031. |
| 26 Adjmnt to shareholders' equity (att sch) | | | | |
| 27 Less cost of treasury stock | | | | |
| 28 Total liabilities and shareholders' equity | | 152,104. | | 159,549. |

Note: *The corporation is not required to complete Schedules M-1 and M-2 if the total assets on line 15, column (d) of Schedule L are less than $25,000.*

**Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return** (see instructions)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 6,493. | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ | |
| 2 Federal income tax per books | 1,666. | | |
| 3 Excess of capital losses over capital gains | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | 8 Deductions on this return not charged against book income this year (itemize): | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation $ | |
| a Depreciation $ | | b Charitable contribns $ | |
| b Charitable contributions $ | | | |
| c Travel & entertainment $ 2,947. | 2,947. | 9 Add lines 7 and 8 | 0. |
| 6 Add lines 1 through 5 | 11,106. | 10 Income (line 28, page 1) — line 6 less line 9 | 11,106. |

**Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)**

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 133,538. | 5 Distributions: a Cash | |
| 2 Net income (loss) per books | 6,493. | b Stock c Property | |
| 3 Other increases (itemize): | | 6 Other decreases (itemize): | |
| | | 7 Add lines 5 and 6 | |
| 4 Add lines 1, 2, and 3 | 140,031. | 8 Balance at end of year (line 4 less line 7) | 140,031. |