# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| * | |
| ADVANCED TEAM CONCEPTS, INC., * | |
| * | |
| *Plaintiff*, * | |
| * | Case No. 02-197C |
| v. * | |
| * | Filed: March 22, 2007 |
| THE UNITED STATES, * | |
| * | Senior Judge Smith |
| *Defendant*. * | |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to the telephone status conference held on March 20, 2007, the Court hereby changes the telephone hearing set for Tuesday, April 10, 2007 at 2:30 p.m. EDT, to an in-person hearing to be held in Courtroom #9, US Court of Federal Claims, National Courts Building. The date and time shall remain the same.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE