# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ADVANCED TEAM CONCEPTS, INC., | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 02-197C |
| THE UNITED STATES, | * | Filed: April 5, 2007 |
| *Defendant*. | * | Senior Judge Smith |

**ORDER**

The Court hereby CHANGES the time and courtroom previously set for Tuesday, April 10, 2007 at 2:30 p.m. EDT, in Courtroom #9. Oral Argument shall now be heard at 11:00 a.m. EDT. The courtroom will be assigned the morning of argument.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE