**FY 2001 QI**

Effective Writing
December 4-15, 2000
Meeker

| | |
|---|---|
| Revenue lost: | $ 20,000.00 |
| Costs avoided: | $ 00,000.00 |
| Damages: | $ 20,000.00 |

Basic Supervision (2 sections)
October 23-27, 2000
ATC Instructors

| | |
|---|---|
| Revenue lost: | $ 12,000.00 |
| Costs avoided: | $ 7,000.00 |
| Damages: | $ 5,000.00 |

**Totals for FY 2001 QI**

| | |
|---|---|
| Total Revenue lost: | $ 32,000.00 |
| Total Costs avoided: | $ 7,000.00 |
| Total Damages: | **$ 25,000.00** |

**FY 2001 QII**

Advanced Management
January 8-12, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 10,000.00 |
| Costs avoided: | $ 00,000.00 |
| Damages: | $ 10,000.00 |

Effective Writing
January 29-February 9, 2001
Meeker
Replacement classes taught by Meeker during the first week of this period: 0.
For the second week of this period two LDC Basic Supervision classes were scheduled. Meeker taught one of these. Another ATC instructor, Sondra Calhoun was placed out of work that week with zero replacement classes.

| | |
|---|---|
| Revenue lost: | $ 20,000.00 |
| Costs avoided: | $ 3,500.00 |
| Damages: | $ 16,500.00 |

**Totals for FY 2001 QII**

| | |
|---|---|
| Total Revenue lost: | $ 30,000.00 |
| Total Costs avoided: | $ 3,500.00 |
| Total Damages: | **$ 26,500.00** |

**FY 2001 QIII**

Basic Supervision (2 sections)
April 2-6, 2001
Steve Fischer and Sondra Calhoun

| | |
|---|---|
| Revenue lost: | $ 12,000.00 |
| Costs avoided: | $ 7,000.00 |
| Damages: | $ 5,000.00 |

Effective Writing
April 17-27, 2001
Meeker
A three-day Customer Service class was on the schedule to be taught by Steve Fischer and Karen Tompson. Meeker taught those three days with Tompson, displacing Fischer.

| | |
|---|---|
| Revenue lost: | $ 20,000.00 |
| Costs avoided: | $ 2,100.00 |
| Damages: | $ 17,900.00 |

Effective Writing
June 4-15, 2001
Meeker
During the first week of this period replacement classes taught by Meeker: 0.
For the second week of this period two LDC Basic Supervision classes were scheduled. Meeker taught one of these. Another ATC instructor, Kyle Hargrove, was placed out of work that week with zero replacement classes.

| | |
|---|---|
| Revenue lost: | $ 20,000.00 |
| Costs avoided: | $ 3,500.00 |
| Damages: | $ 16,500.00 |

**Totals for FY 2001 QIII**

| | |
|---|---|
| Total Revenue lost: | $ 52,000.00 |
| Total Costs avoided: | $ 12,600.00 |
| Total Damages: | **$ 39,400.00** |

**FY 2001 QIV**

Effective Writing
July 9-20, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 20,000.00 |
| Costs avoided: | $ 00,000.00 |
| Damages: | $ 20,500.00 |

Basic Supervision
July 23-27, 2001
Steve Fischer

| | |
|---|---|
| Revenue lost: | $ 6,000.00 |
| Costs avoided: | $ 3,500.00 |
| Damages: | $ 2,500.00 |

Advanced Management
August 6-10, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 10,000.00 |
| Costs avoided: | $ 00,000.00 |
| Damages: | $ 10,000.00 |

Basic Supervision
August 13-17, 2001
Steve Fischer

| | |
|---|---|
| Revenue lost: | $ 6,000.00 |
| Costs avoided: | $ 3,500.00 |
| Damages: | $ 2,500.00 |

Effective Writing
August 20-30, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 20,000.00 |
| Costs avoided: | $ 00,000.00 |
| Damages: | $ 20,000.00 |

Effective Writing
September 10-21, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 20,000.00 |
| Costs avoided: | $ 00,000.00 |
| Damages: | $ 20,000.00 |

Advanced Management
September 24-28, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 10,000.00 |
| Costs avoided: | $ 00,000.00 |
| Damages: | $ 10,000.00 |

Basic Supervision (2 sections)
September 24-28, 2001
Gallogly and Calhoun

| | |
|---|---|
| Revenue lost: | $ 12,000.00 |
| Costs avoided: | $ 7,000.00 |
| Damages: | $ 5,000.00 |

**Totals for FY 2001 QIV**

| | |
|---|---|
| Total Revenue lost: | $ 104,000.00 |
| Total Costs avoided: | $ 14,000.00 |
| Total Damages: | **$ 90,000.00** |

**FY2002 QI**

Advanced Management
Oct. 22-26, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 10,000.00 |
| Costs avoided: | $ 00,000.00 |
| Damages: | $ 10,000.00 |

Basic Supervision (3 sections)
Oct. 29-Nov. 2, 2001
Meeker, Gallogly and Calhoun

| | |
|---|---|
| Revenue lost: | $ 7,500.00 |
| | $12,000.00 |
| Costs avoided: | $ 7,000.00 |
| Damages: | $ 12,500.00 |

Customer Service
Nov 6-8, 2001
Meeker and one instructor

| | |
|---|---|
| Revenue lost: | $ 9,000.00 |
| Costs avoided: | $ 2,100.00 |
| Damages: | $ 6,900.00 |

Advanced Management
Nov. 12-16, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 10,000.00 |
| Costs avoided: | $ 00,000.00 |
| Damages: | $ 10,000.00 |

Effective Writing
Nov. 26-Dec. 7, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 20,000.00 |
| Costs avoided: | $ 00,000.00 |
| Damages: | $ 20,000.00 |

Basic Supervision (3 sections)
Dec. 10-14, 2001
Meeker, Gallogly and Calhoun

| | |
|---|---|
| Revenue lost: | $ 7,500.00 |
| | $12,000.00 |
| Costs avoided: | $ 7,000.00 |
| Damages: | $ 12,500.00 |

**Totals for FY 2001 QIV**

| | |
|---|---|
| Total Revenue lost: | $ 88,000.00 |
| Total Costs avoided: | $ 16,000.00 |
| Total Damages: | **$ 71,900.00** |

# *ATC v. INS* Chronology of Certain Significant Events



| | | | | | |
|---|---|---|---|---|---|
| Calendar Qtr. --> | 10/2000-12/2000 | 01/2001-03/2001 | 04/2001-06/2001 | 07/2001-09/2001 | 10/2001-12/2001 |
| LDC Qtr. --> | LDC Q1 01 | LDC Q2 01 | LDC Q3 01 | LDC Q4 01 | LDC Q1 02 |
| ATC Qtr. --> | ATC Q4 00 | ATC Q1 01 | ATC Q2 01 | ATC Q3 01 | ATC Q4 01 |
| Lost Revenue | $32,000.00 | $30,000.00 | $52,000.00 | $104,000.00 | $88,000.00 |
| Costs Avoided | $7,000.00 | $3,500.00 | $12,600.00 | $14,000.00 | $16,100.00 |
| **Difference** | $25,000.00 | $26,500.00 | $39,400.00 | $90,000.00 | $71,900.00 |
| **Cumulative Damages** | $25,000.00 | $51,500.00 | $90,900.00 | $180,900.00 | **$252,800.00** |

ATC P&L