# *ATC v. INS* Chronology of Certain Significant Events

