| | | | | | |
|---|---|---|---|---|---|
| Calendar Qtr. --> | 10/2000-12/2000 | 01/2001-03/2001 | 04/2001-06/2001 | 07/2001-09/2001 | 10/2001-12/2001 |
| LDC Qtr. --> | LDC Q1 01 | LDC Q2 01 | LDC Q3 01 | LDC Q4 01 | LDC Q1 02 |
| ATC Qtr. --> | ATC Q4 00 | ATC Q1 01 | ATC Q2 01 | ATC Q3 01 | ATC Q4 01 |
| | | | | | |
| Lost Revenue | $32,000.00 | $30,000.00 | $52,000.00 | $104,000.00 | $88,000.00 |
| Costs Avoided | $7,000.00 | $3,500.00 | $12,600.00 | $14,000.00 | $16,100.00 |
| **Difference** | $25,000.00 | $26,500.00 | $39,400.00 | $90,000.00 | $71,900.00 |
| **Cumulative Damages** | $25,000.00 | $51,500.00 | $90,900.00 | $180,900.00 | **$252,800.00** |

ATC P&L