# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| ADVANCED TEAM CONCEPTS, INC., * | |
| *Plaintiff,* * | |
| * | Case No. 02-197C |
| v. * | |
| * | Filed: April 9, 2007 |
| THE UNITED STATES, * | |
| * | Senior Judge Smith |
| *Defendant.* * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court hereby CHANGES the hearing date previously set for Tuesday, April 10, 2007 at 11:00 a.m. EDT. Oral Argument shall now be held on Tuesday, May 22, 2007, at 11:00 a.m. EDT.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE