# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ADVANCED TEAM CONCEPTS, INC., *Plaintiff*, | * | Case No. 02-197C |
| v. | * | Filed: May 8, 2007 |
| THE UNITED STATES, *Defendant*. | * | Senior Judge Smith |

**AMENDED ORDER**

The Court hereby SCHEDULES a telephone status conference for Wednesday, May 9, 2007 at 4:00 p.m. EDT.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE