# In the United States Court of Federal Claims

| | |
|---|---|
| ADVANCED TEAM CONCEPTS, INC., | |
| *Plaintiff,* | |
| | Case No. 02-197C |
| v. | |
| | Filed: November 16, 2007 |
| THE UNITED STATES, | |
| | Senior Judge Smith |
| *Defendant.* | |

## ORDER

The Court hereby SCHEDULES a telephone status conference for Thursday, January 3, 2008 at 2:00 p.m. EST to determine an updated timeline for litigation.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE