# In the United States Court of Federal Claims

| | |
|---|---|
| ADVANCED TEAM CONCEPTS, INC., *Plaintiff*, v. THE UNITED STATES, *Defendant*. | Case No. 02-197C<br>Filed: January 4, 2008<br>Senior Judge Smith |

## ORDER

Pursuant to the telephone status conference held on January 3, 2008, Plaintiff shall file its Motion for Summary Judgment on or before January 31, 2008. Defendant shall file its response on or before March 3, 2008. Plaintiff shall file its reply on or before March 14, 2008.

The Court hereby **SCHEDULES** Oral Argument for Thursday March 27, 2008 at 3:00 p.m EST by telephone. In the event that the Court denies Plaintiff's Motion for Summary Judgment, Trial for damages shall be held in Dallas on May 12, 13, and 14, 2008.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE