**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ADVANCED TEAM CONCEPTS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-197C** |
| **v.** | ) | **(Senior Judge Smith)** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DECLARATION OF JENNIFER LEE**

1. My name is Jennifer Lee. I was the Director of the Leadership Development Center ("LDC") in Dallas, Texas from its founding in June 1995 until I retired on November 3, 2000.

2. Attached hereto is a true and correct copy of an email I sent to Larry Meeker dated July 6, 2000. I sent this email in connection with scheduling classes for the period October through December 2001, as part of my job responsibilities.

3. The purpose of the email was to offer these classes to Meeker and his company, Advanced Team Concepts, Inc.

4. To be clear, my email was an offer to Meeker and his company to teach the classes listed in the email according to our usual and customary terms, including possible cancellations and rescheduling, which was sometimes necessary because of weather, or when there were not enough students.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed: January 18, 2008

Jennifer R Lee

Jennifer Lee



Jan 30 08 12:11p p.1

Subj: **Schedules**
Date: 7/6/2000 5:40:24 AM Pacific Daylight Time
From: Jennifer.R.Lee@usdoj.gov
To: ATConcepts@aol.com (Receipt Notification Requested)

How are you? I am concerned.

I am scheduling dates for October-December 2001. How do these dates work?

Oct. 22-26, 2001= AM
Oct. 29-Nov. 2= 3 BS classes
Nov 6-8= Customer Service
Nov. 12-16= AM
Nov. 26-Dec7= Effective Writing
Dec. 10-14= 3 BS classes

Also FYI during the week of AUg 13-17, 2001 I cancelled one BS class so
there
will only be two that week.

----------------------- Headers -----------------------------
Return-Path: <.Jennifer.R.Lee@usdoj.gov>
Received: from rly-zc05.mx.aol.com (rly-zc05.mail.aol.com [172.31.33.5]) by air-zc03.mail.aol.com (v75.18) with ESMTP; Thu, 06 Jul 2000 08:40:24 -0400
Received: from wdcsun2.usdoj.gov ([149.101.1.101]) by rly-zc05.mx.aol.com (v75.18) with ESMTP; Thu, 06 Jul 2000 08:40:05 -0400
Received: (from daemon@localhost)
by wdcsun2.usdoj.gov (8.9.1a/8.9.1) id IAA22817
for <.ATConcepts@aol.com>; Thu, 6 Jul 2000 08:40:03 -0400 (EDT)
Received: from unknown(10.222.3.6) by wdcsun2 via smap (V1.3)
id sma022738; Thu Jul 6 08:39:55 2000
Received: (from x400@localhost)
by wt1.usdoj.gov (8.9.3 (PHNE_18979)/8.9.3) id IAA26424
for ATConcepts@aol.com; Thu, 6 Jul 2000 08:39:54 -0400 (EDT)
From: Jennifer.R.Lee@usdoj.gov
Received: by TELEMAIL; Thu, 6 Jul 2000 7:10:00 -0500
Date: Thu, 6 Jul 2000 7:10:00 -0500
Subject: Schedules
To: ATConcepts@aol.com (Receipt Notification Requested)
Message-Id: <.M436078614.015.a0fif.1.1000706123809Z.CC-MAIL*/O=INS/PRMD=GOV+DOJ/ADMD=TELEMAIL/C=US/@MHS>
X-Mailer: NetJunction (NetJunction 4.7-p3-BETA)/MIME