# Summary Table of Damages

Consolidating:(a) academic and calendar quarters, (b) sections canceled, (c) lost revenues, (d) costs avoided, and (e) damages.

**FY 2001 QI**
**(October 1, 2000 thru December 31, 2000)**

Effective Writing
December 4-15, 2000
Meeker

| | |
|---|---|
| Revenue lost: | $ 20,000.00 |
| Costs avoided: | ($ 00,000.00) |
| Damages: | $ 20,000.00 |

Basic Supervision (2 sections)
October 23-27, 2000
ATC Instructors

| | |
|---|---|
| Revenue lost: | $ 12,000.00 |
| Costs avoided: | ($ 7,000.00) |
| Damages: | $ 5,000.00 |

**Totals for FY 2001 QI**

| | |
|---|---|
| Total Revenue lost: | $32,000.00 |
| Total Costs avoided: | ($ 7,000.00) |
| Total Damages: | **$25,000.00** |

**Cumulative Total Damages thru FY 2001 QI $ 25,000.00**

**FY 2001 QII**
**(January 1, 2001 thru March 31, 2001)**

Advanced Management
January 8-12, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 10,000.00 |
| Costs avoided: | ($ 00,000.00) |
| Damages: | $ 10,000.00 |

Effective Writing
January 29-February 9, 2001
Meeker
Replacement classes taught by Meeker during the first week of this period: 0.
For the second week of this period two LDC Basic Supervision classes were scheduled. Meeker taught one of these. Another ATC instructor, Sondra Calhoun was placed out of work that week with zero replacement classes.

| | |
|---|---|
| Revenue lost: | $ 20,000.00 |
| Costs avoided: | ($ 3,500.00) |
| Damages: | $ 16,500.00 |

**Totals for FY 2001 QII**

| | |
|---|---|
| Total Revenue lost: | $30,000.00 |
| Total Costs avoided: | ($ 3,500.00) |
| Total Damages: | **$26,500.00** |

**Cumulative Total Damages thru FY 2001 QII $ 51,500.00**

**FY 2001 QIII**
**(April 1, 2001 thru June 30, 2001)**

Basic Supervision (2 sections)
April 2-6, 2001
Steve Fischer and Sondra Calhoun
Revenue lost: $ 12,000.00
Costs avoided: ($ 7,000.00)
Damages: $ 5,000.00

QIII
Effective Writing
April 17-27, 2001
Meeker
A three-day Customer Service class was on the schedule to be taught by Steve Fischer and Karen Tompson. Meeker taught those three days with Tompson, displacing Fischer.
Revenue lost: $ 20,000.00
Costs avoided: ($ 2,100.00)
Damages: $ 17,900.00

QIII
Effective Writing
June 4-15, 2001
Meeker
During the first week of this period replacement classes taught by Meeker: 0.
For the second week of this period two LDC Basic Supervision classes were scheduled. Meeker taught one of these. Another ATC instructor, Kyle Hargrove, was placed out of work that week with zero replacement classes.
Revenue lost: $ 20,000.00
Costs avoided: ($ 3,500.00)
Damages: $ 16,500.00

**Totals for FY 2001 QIII**

Total Revenue lost: $52,000.00
Total Costs avoided: ($12,600.00)
Total Damages: **$39,400.00**

**Cumulative Total Damages thru FY 2001 QIII $ 90,900.00**

**FY 2001 QIV**
**(July 1, 2001 thru September 30, 2001)**

Effective Writing
July 9-20, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 20,000.00 |
| Costs avoided: | ($ 00,000.00) |
| Damages: | $ 20,500.00 |

Basic Supervision
July 23-27, 2001
Steve Fischer

| | |
|---|---|
| Revenue lost: | $ 6,000.00 |
| Costs avoided: | ($ 3,500.00) |
| Damages: | $ 2,500.00 |

Advanced Management
August 6-10, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 10,000.00 |
| Costs avoided: | ($ 00,000.00) |
| Damages: | $ 10,000.00 |

Basic Supervision
August 13-17, 2001
Steve Fischer

| | |
|---|---|
| Revenue lost: | $ 6,000.00 |
| Costs avoided: | ($ 3,500.00) |
| Damages: | $ 2,500.00 |

Effective Writing
August 20-30, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 20,000.00 |
| Costs avoided: | ($ 00,000.00) |
| Damages: | $ 20,000.00 |

Effective Writing
September 10-21, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 20,000.00 |
| Costs avoided: | ($ 00,000.00) |
| Damages: | $ 20,000.00 |

Advanced Management
September 24-28, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 10,000.00 |
| Costs avoided: | ($ 00,000.00) |
| Damages: | $ 10,000.00 |

Basic Supervision (2 sections)
September 24-28, 2001
Gallogly and Calhoun

| | |
|---|---|
| Revenue lost: | $ 12,000.00 |
| Costs avoided: | ($ 7,000.00) |
| Damages: | $ 5,000.00 |

**Totals for FY 2001 QIV**

| | |
|---|---|
| Total Revenue lost: | $104,000.00 |
| Total Costs avoided: | ($14,000.00) |
| Total Damages: | **$ 90,000.00** |

**Cumulative Total Damages thru FY 2001 QIV $180,900.00**

**FY 2002 QI**
**(October 1, 2001 thru December 31, 2001)**

Advanced Management
Oct. 22-26, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 10,000.00 |
| Costs avoided: | ($ 00,000.00) |
| Damages: | $ 10,000.00 |

Basic Supervision (3 sections)
Oct. 29-Nov. 2, 2001
Meeker, Gallogly and Calhoun

| | |
|---|---|
| Revenue lost: | $ 7,500.00 |
| | $12,000.00 |
| Costs avoided: | ($ 7,000.00) |
| Damages: | $ 12,500.00 |

Customer Service
Nov 6-8, 2001
Meeker and one instructor

| | |
|---|---|
| Revenue lost: | $ 9,000.00 |
| Costs avoided: | ($ 2,100.00) |
| Damages: | $ 6,900.00 |

Advanced Management
Nov. 12-16, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 10,000.00 |
| Costs avoided: | ($ 00,000.00) |
| Damages: | $ 10,000.00 |

Effective Writing
Nov. 26-Dec. 7, 2001
Meeker

| | |
|---|---|
| Revenue lost: | $ 20,000.00 |
| Costs avoided: | ($ 00,000.00) |
| Damages: | $ 20,000.00 |

Basic Supervision (3 sections)
Dec. 10-14, 2001
Meeker, Gallogly and Calhoun

| | |
|---|---|
| Revenue lost: | $ 7,500.00 |
| | $12,000.00 |
| Costs avoided: | ($ 7,000.00) |
| Damages: | $ 12,500.00 |

**Totals for FY 2002 QI**

| | |
|---|---|
| Total Revenue lost: | $88,000.00 |
| Total Costs avoided: | ($16,100.00) |
| Total Damages: | **$ 71,900.00** |

**Cumulative Total Damages thru FY 2002 QI $252,800.00**