**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ADVANCED TEAM CONCEPTS, INC.,<br>Plaintiff, | ) | |
| v. | ) | No. 02-197C<br>(Senior Judge Smith) |
| THE UNITED STATES,<br>Defendant. | ) | |

**JOINT MOTION TO AMEND SCHEDULE**

The parties respectfully request that the Court amend the schedule in the above captioned case to reschedule the trial on damages to June 24, 25, and 26, 2008.

After a January 3, 2008 status conference with the parties, on January 4, 2008, this Court issued an Order initially setting the dates of the trial on damages in the above captioned case for May 12, 13, and 14, 2008. After consultation with their respective clients, both parties have determined that these dates are not feasible for potential witnesses and counsel in this case. Accordingly, the parties respectfully request that the Court reschedule the damages trial to June 24, 25, and 26, 2008. In the alternative, the parties respectfully request that the Court convene a brief conference call, in order to coordinate the scheduling of the trial on damages in this matter.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 616-2377
Fax: (202) 305-7643
steven.mager@usdoj.gov

Attorneys for Defendant

CHARLES HOLLAND STEEN[1]
Charles H. Steen, P.C.
2401 Turtle Creek Boulevard
Dallas, TX 75219
(214) 559-4446
docsteen@mindspring.com

Attorney for Plaintiff

[1] Dr. Steen has participated in the drafting of this motion, and has indicated in e-mail that this joint motion is "agreed and approved as to form and content." However, because we do yet not have a copy of this motion with his physical signature, we have declined to sign for him. When we receive a copy of this document with Dr. Steen's physical signature, we will refile this motion under both signatures.

**CERTIFICATE OF FILING**

I hereby certify that on this 31st day of January, 2008, a copy of the foregoing "JOINT MOTION TO AMEND THE SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice