IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED TEAM CONCEPTS, INC. | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-197C |
| v. | ) | (Senior Judge Smith) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILES RESPONSE TO PLAINTIFF'S SECOND SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully requests the Court to grant an enlargement of time of 14 days, to and including March 17, 2008, to file the defendant's response to plaintiff's second supplemental motion for summary judgment in this case. Our response is currently due on March 6, 2003. This is our first request for an extension of this deadline. Counsel for plaintiff has consented to this enlargement.

The additional time is required for undersigned counsel to adequately prepare and file the Government's response to the plaintiff's motion.

Counsel for the Government also has several other matter effecting his schedule, including a response to a petition for reconsideration/en banc review in Bair v. United States, Fed. Cir. No. 2007-5049, due March 6, 2008, and a reply to plaintiff's response to defendant's motion to dismiss in Baruch Vega v. United States, Fed. Cl. No. 07-685, due March 6, 2007.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion to enlarge the time to file our response by 14 days. Further, defendant respectfully requests that the Court enlarge the time for the plaintiff to file his reply, and adjust the hearing schedule for this matter accordingly.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

March 3, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 3rd day of March, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILES RESPONSE TO PLAINTIFF'S SECOND SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice