# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| ADVANCED TEAM CONCEPTS, INC., | * | |
| | * | |
| *Plaintiff*, | * | |
| | * | Case No. 02-197C |
| v. | * | |
| | * | Filed: March 5, 2008 |
| THE UNITED STATES, | * | |
| | * | Senior Judge Smith |
| *Defendant*. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby **GRANTS** Defendant's Motion for an Enlargement of Time to File its Response. Defendant's Response shall be due on or before March 17, 2008. Oral argument is hereby **RESCHEDULED** for Thursday, April 3, 2008 at 3:00 p.m. EDT by telephone.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE