# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ADVANCED TEAM CONCEPTS, INC., *Plaintiff*, v. THE UNITED STATES, *Defendant*. | * | Case No. 02-197C<br>Filed: March 19, 2008<br>Senior Judge Smith |

## ORDER

The Court hereby **GRANTS** Defendant's Motion for an Enlargement of Time to File its Response to Plaintiff's Second Supplemental Motion for Summary Judgment. Defendant's Response shall be due on or before March 31, 2008. Oral argument currently scheduled for Thursday, April 3, 2008 is hereby **POSTPONED** and will be scheduled by subsequent order.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE