# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| ADVANCED TEAM CONCEPTS, INC., * | |
| *Plaintiff*, * | |
| v. * | Case No. 02-197C |
| THE UNITED STATES, * | Filed: March 31, 2008 |
| *Defendant*. * | Senior Judge Smith |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court hereby **GRANTS** Defendant's Motion for an Enlargement of Time to File a Response to Plaintiff's Second Supplemental Motion for Summary Judgment. Defendant's Response shall be due on or before April 14, 2008.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE