# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ADVANCED TEAM CONCEPTS, INC., | * | |
| *Plaintiff,* | * | |
| v. | * | Case No. 02-197C |
| THE UNITED STATES, | * | Filed: April 4, 2008 |
| *Defendant.* | * | Senior Judge Smith |

**ORDER**

The Court hereby **SCHEDULES** a telephone status conference for Tuesday, April 8, 2008 at 4:00 p.m. EDT, for the purpose of setting a trial date, in the event the case proceeds to trial.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE