# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

ADVANCED TEAM CONCEPTS, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 02-197C

Filed: April 8, 2008

Senior Judge Smith

**ORDER**

The Court hereby **SCHEDULES** Oral Argument on Plaintiff's Motion for Summary Judgment for Wednesday, April 30, 2008 at 11:00 a.m. EDT by telephone. ADR is tentatively scheduled for Wednesday, May 15, 2008. The parties will be contacted with further details.

In the event the case proceeds to trial, the Court hereby **SCHEDULES** a pretrial conference for Friday, July 11, 2008 at 3:00 p.m. EDT by telephone. Trial shall be held on Tuesday, July 29, 2008 and Wednesday, July 30, 2008 in Dallas, Texas.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE