# SECOND SUPPLEMENTAL APPENDIX

# INDEX TO APPENDIX

**DOCUMENT** **PAGE(S)**

Representation Letter from Department of Justice to Jennifer Lee
(January 8, 2003) (with signature by Jennifer Lee). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3

Letter from Charles H. Steen to Doris Finnerman, Department of Justice
(November 7, 2002). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-7

E-Mail from Charles H. Steen to Doris Finnerman, Department of Justice
(November 17, 2002). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Excerpt from Office of Personnel Management Training Policy Handbook
(December 1995). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-11

Excerpt from Office of Personnel Management Training Policy Handbook
(May 11, 2007).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-14

Paid Invoices From Advanced Team Concepts
(October 16, 2001 -September 17, 2001).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-39