# Training Policy Handbook: Authorities and Guidelines

**May 11, 2007**

an employee's travel." For example, travel is considered hours of work under Title 5 when it results from unforeseen circumstances such as an event that is scheduled by someone or some organization outside the executive branch of Government. *See also 69 Comp. Gen. 545 (1990).*

However, when an outside institution contracts with the Government to conduct a training course, then the event is under the administrative control of the Government. In *Comp. Gen. B-190494 (May 8, 1978)*, an employee was denied overtime pay for travel on Sunday to attend such a training event. *See also 66 Comp. Gen 620 (1987).*

*Overtime Payment for Work in Excess of 40 Hours*

The Title 5 CFR §610.123 prohibition on payment of overtime pay for training does not prohibit overtime pay for work performed in excess of 8 hours in a day or 40 hours in a week. *See 41 Comp. Gen. 477 (1962).*

**Procurement of Training**

The following are general guidelines relating to the procurement of training. Although the head of an agency has training procurement authority under Title 5 USC *Chapter 41* procurement of training in most agencies is governed by General Services Administration regulations. An individual human resource development professional or manager should consult the agency delegations of authority to determine what specific authorities he or she has.

*Use of the Training Authorization Form*

Agencies may use an authorized training form to procure and certify payment of training expenses through government or non-government facilities. The form is certified by training officials and supervisors instead of the contracting officer under a procedure negotiated by the two offices and addressed in the agency's administrative directives. *Comp. Gen. B-210334 (July 14, 1983).*

Under typical negotiated procedures, the *Training Authorization Form* (SF-182) or equivalent is authorized for use to obligate funds, contract for training, and certify payment of approved training expenses under the following conditions:

1. the training cost of a single training event, program, or instructional service does not exceed the simplified acquisition process dollar limit established by the General Services Administration;
2. the cost is of a fixed nature, i.e., price per student or price per course, program, or service; and
3. the program, course, or instructional service is off-the-shelf and no modification or development resulting in increased cost to the Government is needed to meet the organization's needs.

The *Training Authorization Form* is also used for requesting, approving, and certifying payment for attendance at meetings, conferences, seminars, and symposia where the primary purpose is to train an employee to meet a performance improvement related need. The form is *not* used to purchase general supplies, training equipment, or non-training services.

When an agency training course or program requires new design and development, the authorized contracting officer contracts for the service on behalf of and as requested by the responsible training or management official.

Office of Personnel Management (OPM) announced the new SF-182 form entitled “Authorization, Agreement, and Certification of Training. The electronic SF-182 will enable OPM to maintain consistency in collecting training data and will assist Agencies in reporting training requirements.

For an electronic copy of the SF-182 contact Training and Development Policy at 202-606-2419 or hrdleadership@opm.gov.

*Contracting with Government Employees*

Under U.S. *General Services Administration Federal Acquisition Regulations*, a contract is not to be knowingly made with a government employee (or with a business concern or other organization owned or substantially owned or controlled by one or more government employees), except for a most compelling reason, such as when the agency's needs cannot reasonably be otherwise met. The purpose of this prohibition is to avoid any conflict of interest that might arise between:

1. an employee's interests and the performance of official duties;