# Invoice

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

| DATE | INVOICE # |
|---|---|
| 9/17/2001 | 95638 |

PAID

**BILL TO**

Lyle Langton
Immigration & Naturalization Servic
Leadership Development Center
3860 West Northwest Highway, Suite 400
Dallas, TX 75220

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| Ldd-01-1201 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Finance Charges on Overdue Balance | 9.37 | 9.37 |
| | Training session: LDC in Dallas of Basic Supervision Class Week 9/24/01 Instructor: Fischer — Instruction | 8,200.00 | 8,200.00 |

02785

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $8,209.37

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/5/2001 | 95633 |

PAID

| BILL TO |
|---|
| Lyle Langton<br>Immigration & Naturalization Servic[e]<br>Leadership Development Center<br>3860 West Northwest Highway, Suite 400<br>Dallas, TX 75220 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD-01-1168 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session: LDC in Dallas Service Excellence class, wk 9/7/01<br>Instructors Karen Thomson, and Angela Gallogly and role players | 9,000.00 | 9,000.00 |

02786

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $9,000.00

ADVANCED TEAM CONCEPTS

# Invoice

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

| DATE | INVOICE # |
|---|---|
| 8/13/2001 | 95632 |

PAID

| BILL TO |
|---|
| Lyle Langton<br>Immigration & Naturalization Servic<br>Leadership Development Center<br>3860 West Northwest Highway, Suite 400<br>Dallas, TX 75220 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD-01-1152 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session: LDC in Dallas<br>Basic Supervision, wk 8/13/01<br>Instructor: Meeker | 7,500.00 | 7,500.00 |

02787

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $7,500.00

# Invoice

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

| DATE | INVOICE # |
|---|---|
| 7/26/2001 | 95629 |

PAID

| BILL TO |
|---|
| Lyle Langton<br>Immigration & Naturalization Servic<br>Leadership Development Center<br>3860 West Northwest Highway, Suite 400<br>Dallas, TX 75220 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD-01-1135 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session: LDC in Dallas<br>2 Basic Supervision classes, wk 7/23/01<br>Instructors: Meeker & Calhoun | 13,500.00 | 13,500.00 |
| Advanced Team Concept's Tax I.D. # 75-2636455 | | **Total** | $13,500.00 |

02788

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/26/2001 | 95628 |

PAID

BILL TO

Lyle Langton
Immigration & Naturalization Servic[illegible]
Leadership Development Center
3860 West Northwest Highway, Suite [illegible]
Dallas, TX 75220

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD-01-1141 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session: LDC in Dallas<br>Service Excellence class, wk. 7/24/01<br>Instructors: Thomson, Gallogly, & role players | 8,850.00 | 8,850.00 |

02789

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $8,850.00

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/25/2001 | 95623 |

| BILL TO |
|---|
| Lyle Langton<br>Immigration & Naturalization Servic<br>Leadership Development Center<br>3860 West Northwest Highway, Suite 400<br>Dallas, TX 75220 |

PAID

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD-01-1129 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Customized consultation and training services.<br>Facilitation support, wk. 6/25/01<br>Instructor: Gallogly | 8,000.00 | 8,000.00 |
| | Finance Charges on Overdue Balance | 11.33 | 11.33 |

02790

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $8,011.33

# Invoice

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

| DATE | INVOICE # |
|---|---|
| 6/25/2001 | 95622 |

PAID

| BILL TO |
|---|
| Lyle Langton<br>Immigration & Naturalization Servic<br>Leadership Development Center<br>3860 West Northwest Highway, Suite 400<br>Dallas, TX 75220 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD-01-1123 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session: LDC in Dallas<br>Advanced Management<br>Wk. 6/25/01<br>Instructor: Meeker | 10,000.00 | 10,000.00 |

02791

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $10,000.00

ADVANCED TEAM CONCEPTS

# Invoice

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

| DATE | INVOICE # |
|---|---|
| 6/20/2001 | 95620 |

PAID

BILL TO

Lyle Langton
Immigration & Naturalization Servic
Leadership Development Center
3860 West Northwest Highway, Suite 400
Dallas, TX 75220

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD-01-1114 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session: LDC in Dallas Service Excellence class, wk 6/20/01<br>Instructors: Thomson, Gallogly, & role players | 9,000.00 | 9,000.00 |

02792

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $9,000.00

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 6/10/2001 | 95619 |

PAID

| BILL TO |
| --- |
| Lyle Langton<br>Immigration & Naturalization Servic[e]<br>Leadership Development Center<br>3860 West Northwest Highway, Suite 4[00]<br>Dallas, TX 75220 |

| P.O. NO. | TERMS | PROJECT |
| --- | --- | --- |
| LDD-01-1110 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | Training session: LDC in Dallas<br>Basic Supervision classes, wk 6/11/01<br>Instructors: Meeker & Fischer | 13,500.00 | 13,500.00 |

02793

| | | |
| --- | --- | --- |
| Advanced Team Concept's Tax I.D. # 75-2636455 | **Total** | $13,500.00 |

ADVANCED TEAM CONCEPTS

# Invoice

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

| DATE | INVOICE # |
|---|---|
| 5/15/2001 | 95616 |

PAID

| BILL TO |
|---|
| Lyle Langton<br>Immigration & Naturalization Servic<br>Leadership Development Center<br>3860 West Northwest Highway, Suite 400<br>Dallas, TX 75220 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD-01-1108 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session: LDC in Dallas<br>Service Excellence class, wk 5/15/01<br>Instructors: Fischer, Thomson, & role players | 9,000.00 | 9,000.00 |

02794

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $9,000.00

ADVANCED TEAM CONCEPTS

# Invoice

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

| DATE | INVOICE # |
|---|---|
| 5/7/2001 | 95615 |

PAID

| BILL TO |
|---|
| Lyle Langton<br>Immigration & Naturalization Servic<br>Leadership Development Center<br>3860 West Northwest Highway, Suite 400<br>Dallas, TX 75220 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD-01-1079 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session: LDC in Dallas<br>Three Basic Supervision classes, wk. 5/7/01<br>Instructors: Meeker, Calhoun, Fischer | 19,500.00 | 19,500.00 |
| | Finance Charges on Overdue Balance | 24.17 | 24.17 |

02795

| Advanced Team Concept's Tax I.D. # 75-2636455 | Total | $19,524.17 |
|---|---|---|

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/1/2001 | 95614 |

PAID

BILL TO

Lyle Langton
Immigration & Naturalization Servic
Leadership Development Center
3860 West Northwest Highway, Suite 400
Dallas, TX 75220

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD-01-1083 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session: LDC in Dallas<br>Adv. Mgmt. class wk. 4/30/01<br>Instructor: Meeker | 10,000.00 | 10,000.00 |
| | Finance Charges on Overdue Balance | 62.03 | 62.03 |

02796

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $10,062.03

# Invoice

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

| DATE | INVOICE # |
|---|---|
| 4/17/2001 | 95611 |

PAID

BILL TO

Lyle Langton
Immigration & Naturalization Servic
Leadership Development Center
3860 West Northwest Highway, Suite 400
Dallas, TX 75220

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD-01-1074 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session: LDC in Dallas<br>Customer Service, wk 04/16/01<br>Instructors: Meeker, Thomsom & role players | 9,000.00 | 9,000.00 |

02797

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $9,000.00

# Invoice

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

| DATE | INVOICE # |
|---|---|
| 4/2/2001 | 95606 |

PAID

**BILL TO**

Lyle Langton
Immigration & Naturalization Servic[illegible]
Leadership Development Center
3860 West Northwest Highway, Suite [illegible]
Dallas, TX 75220

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD-01-1065 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session; LDC in Dallas<br>Basic Supervision, wk 4/2/01<br>Instructor: Meeker | 7,500.00 | 7,500.00 |

02798

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $7,500.00

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/9/2001 | 95601 |

PAID

| BILL TO |
|---|
| Lyle Langton<br>Immigration & Naturalization Servic<br>Leadership Development Center<br>3860 West Northwest Highway, Suite 400<br>Dallas, TX 75220 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD-01-1058 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session: Team building in Orlando, FL<br>Instructor: Gallogly<br>Date: 3/4-7/01 | 5,562.00 | 5,562.00 |

02799

| | | |
|---|---|---|
| Advanced Team Concept's Tax I.D. # 75-2636455 | **Total** | $5,562.00 |

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/8/2001 | 95602 |

PAID

| BILL TO |
|---|
| Lyle Langton<br>Immigration & Naturalization Servic<br>Leadership Development Center<br>3860 West Northwest Highway, Suite 400<br>Dallas, TX 75220 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD-01-1059 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training sessions for Basic Supervision instructers Meeker, Calhoun, and Fischer for the week of 3/12-16/2001 | 19,500.00 | 19,500.00 |

02800

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $19,500.00

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/5/2001 | 95597 |

PAID

| BILL TO |
|---|
| Lyle Langton<br>Immigration & Naturalization Servic[illegible]<br>Leadership Development Center<br>3860 West Northwest Highway, Suite [illegible]<br>Dallas, TX 75220 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD 01-1054 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session--LDC in Dallas<br>Advanced Mgmt. class wk. 3/5/01<br>Instructor: Meeker | 10,000.00 | 10,000.00 |

02801

| Advanced Team Concept's Tax I.D. # 75-2636455 | Total | $10,000.00 |
|---|---|---|

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/22/2001 | 95594 |

PAID

| BILL TO |
|---|
| Lyle Langton<br>Immigration & Naturalization Servic<br>Leadership Development Center<br>3860 West Northwest Highway, Suite 400<br>Dallas, TX 75220 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD 01-1045 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session--LDC in Dallas<br>Customer Service class, wk 02/19/01<br>Instructors: Meeker, Thomson and role players | 9,000.00 | 9,000.00 |

02802

| | | |
|---|---|---|
| Advanced Team Concept's Tax I.D. # 75-2636455 | **Total** | $9,000.00 |

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/5/2001 | 95588 |

PAID

BILL TO

Lyle Langton
Immigration & Naturalization Servic
Leadership Development Center
3860 West Northwest Highway, Suite 400
Dallas, TX 75220

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD 01-1037 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session: LDC in Dallas<br>Basic Supervision classes<br>Week of 2/5/01<br>Instructors: Meeker & Fischer | 13,500.00 | 13,500.00 |

02803

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $13,500.00

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/23/2001 | 95583 |

PAID

BILL TO

Lyle Langton
Immigration & Naturalization Servic
Leadership Development Center
3860 West Northwest Highway, Suite 400
Dallas, TX 75220

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD 01-1031 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training sessions: LDC in Dallas, TX<br>Two Basic Supervision classes<br>Wk. 1/22/01<br>Instructors: Meeker & Calhoun | 13,500.00 | 13,500.00 |

02804

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $13,500.00

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/18/2001 | 95582 |

PAID

| BILL TO |
|---|
| Lyle Langton<br>Immigration & Naturalization Servic<br>Leadership Development Center<br>3860 West Northwest Highway, Suite 400<br>Dallas, TX 75220 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD 01-1029 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session--Leadership Development Center in Dallas, TX<br>Service Excellence-- wk. 1/15/01<br>Instructors: Meeker & Thomson, plus role players | 9,000.00 | 9,000.00 |

02805

| | | |
|---|---|---|
| Advanced Team Concept's Tax I.D. # 75-2636455 | **Total** | $9,000.00 |

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/1/2000 | 95569 |

PAID

BILL TO
Lyle Langton
Immigration & Naturalization Servic
Leadership Development Center
3860 West Northwest Highway, Suite 400
Dallas, TX 75220

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD 01-1019 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training class, Customer service for the dates 11/28 - 11/30 instructors Fischer and Thomson, and role players. | 8,850.00 | 8,850.00 |

02806

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $8,850.00

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/17/2000 | 95559 |

PAID

BILL TO

Lyle Langton
Immigration & Naturalization Servic
Leadership Development Center
3860 West Northwest Highway, Suite 400
Dallas, TX 75220

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD 01-1015 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training class Basic Supervision, 2 sessions for the week of November 13 - the 17th. Instructors Meeker and Calhoun. | 13,500.00 | 13,500.00 |

02807

Advanced Team Concept's Tax I.D. # 75-2636455

**Total** $13,500.00

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/25/2000 | 95550 |

PAID

| BILL TO |
|---|
| Lyle Langton<br>Immigration & Naturalization Servic<br>Leadership Development Center<br>3860 West Northwest Highway, Suite 400<br>Dallas, TX 75220 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD 01-1005 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session Basic supervision class held on October 23-27th. Instructor Meeker | 7,500.00 | 7,500.00 |

02808

| | |
|---|---|
| Advanced Team Concept's Tax I.D. # 75-2636455 | **Total** $7,500.00 |

ADVANCED TEAM CONCEPTS

7312 STONEY POINT DR.
PLANO, TX 75025
(972) 527-0579

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/16/2000 | 95547 |

PAID

| BILL TO |
|---|
| Lyle Langton<br>Immigration & Naturalization Servic<br>Leadership Development Center<br>3860 West Northwest Highway, Suite 400<br>Dallas, TX 75220 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| LDD 01-1003 | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Training session; presented at the LDC in Dallas<br>Advanced Management, wk 10/16/00<br>Instructor: Meeker | 10,000.00 | 10,000.00 |
| | Finance Charges on Overdue Balance. | 40.28 | 40.28 |

02809

| | | |
|---|---|---|
| Advanced Team Concept's Tax I.D. # 75-2636455 | **Total** | $10,040.28 |