# In the United States Court of Federal Claims

**No. 02-197C**
**(Filed: April 25, 2008)**

* * * * * * * * * * * * * * * * *

**ADVANCED TEAM CONCEPTS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

The court hereby schedules an ADR session on **Monday, June 9, 2008,** and **Tuesday, June 10, 2008,** in Dallas, Texas, beginning at **9:30 a.m. central time** each day. Details regarding the specific location and schedule will be provided by the court prior to the hearing. The parties shall submit a joint status report on or before **May 12, 2008,** proposing procedures for the ADR session. In addition, on or before **May 30, 2008,** the parties shall each submit a confidential settlement memorandum containing the following:

(1) a brief description of the remaining dispute between the parties;

(2) a list of the issues separating the parties; and

(3) the amounts each party is willing to accept or pay with regard to each category of damages.

The memoranda shall not exceed five (5) pages each.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge