**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ADVANCED TEAM CONCEPTS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-197C |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO AMEND SCHEDULE**

The parties respectfully request that the Court amend the schedule in the above captioned case to reschedule oral argument in the above captioned matter until after alternative dispute resolution ("ADR") negotiations are completed, and to further stay pre-trial proceedings until after oral argument.

The parties are schedule to participate in ADR negotiations on June 9 and 10, 2008 in Dallas, Texas with the Honorable Judge Firestone. In the event that ADR is unsuccessful, the parties respectfully request that the Court hold oral argument soon after ADR, preferably the during the week of June 23-27, 2008. Further, the parties respectfully request that the Court stay pretrial proceedings until the completion of the ADR process and oral argument.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Charles H. Steen
CHARLES HOLLAND STEEN
Charles H. Steen, P.C.
2401 Turtle Creek Boulevard
Dallas, TX 75219
(214) 559-4446
docsteen@mindspring.com

Attorney for Plaintiff

May 5, 2008

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 616-2377
Fax: (202) 305-7643
steven.mager@usdoj.gov

Attorneys for Defendant

May 5, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 6th day of May, 2008, a copy of the foregoing "JOINT MOTION TO AMEND THE SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice