# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| ADVANCED TEAM CONCEPTS, INC., | * | |
| | * | |
| *Plaintiff*, | * | |
| | * | Case No. 02-197C |
| v. | * | |
| | * | Filed: May 7, 2008 |
| THE UNITED STATES, | * | |
| | * | Senior Judge Smith |
| *Defendant*. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby **GRANTS** the Joint Motion to Amend Schedule. Oral argument on the motion for summary judgment will be scheduled by subsequent order and the pretrial proceedings are hereby **STAYED**.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE