IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED TEAM CONCEPTS, INC., Plaintiff, | ) | |
| v. | ) | No. 02-197C (Senior Judge Smith) |
| THE UNITED STATES, Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's April 25, 2008 scheduling order, the parties respectfully submit the following joint status report, proposing procedures for the ADR session.

The parties shall enter into a confidentiality agreement, to be filed with the Court, on or before May 29, 2008.

On or before May 30, 2008, the parties shall each submit a confidential position paper containing the following:

(1) a brief description of the remaining dispute between the parties;

(2) a list of the issues separating the parties; and

(3) the amounts each party is willing to accept or pay with regard to each category of damages.

The position papers shall not exceed five pages, double spaced. The ADR judge, Judge Nancy Firestone, will review any written information submitted by the parties, and may request additional documentation from the parties.

An ADR session will be held on Monday, June 9, 2008 in Dallas, Texas, beginning at 9:30 a.m. central time. The ADR judge will conduct a face-to-face session with all counsel and parties present. In the initial meeting, at what is called the "joint session," each side will be

expected to present a summary of their view of the case, and respond to the ADR judge's questions. Each side's presentation shall be limited to 1 hour. After the joint session, the ADR judge may hold a series of private sessions with each side separately to assist them in trying to find a mutually acceptable solution.

The ADR judge may hold subsequent sessions, and discussions with counsel on the phone, as subsequently to be determined by the ADR judge and the parties.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Charles H. Steen
CHARLES HOLLAND STEEN
Charles H. Steen, P.C.
2401 Turtle Creek Boulevard
Dallas, TX 75219
(214) 559-4446
docsteen@mindspring.com

Attorney for Plaintiff

May 12, 2008

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 616-2377
Fax: (202) 305-7643
steven.mager@usdoj.gov

Attorneys for Defendant

May 12, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 12th day of May, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice