# In the United States Court of Federal Claims

**No. 02-197C**
**(Filed: May 15, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **ADVANCED TEAM CONCEPTS, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**SCHEDULING ORDER**

The court hereby schedules an ADR session on **Monday, June 9, 2008,** and **Tuesday, June 10, 2008,** beginning at **9:30 a.m. central time** each day at the United States District Court for the Northern District of Texas, 1452 Earle Cabell Federal Building and Courthouse, 1100 Commerce Street, Dallas, Texas 75242. The proceeding shall take place in courtroom number 1620 (Judge Jeff Kaplan's courtroom).

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge