**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ADVANCED TEAM<br>CONCEPTS, INC.,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 02-197C<br>(Senior Judge Smith) |

**ADR CONFIDENTIALITY AGREEMENT**

Plaintiff, Advanced Team Concepts, Inc., and defendant, the United States, agree that all ADR proceedings, including statements made and documents prepared by any party, attorney, or other participant, are privileged and shall not be disclosed in any subsequent proceeding or document or construed for any purpose as an admission against interest. However, information and documents not specifically prepared for or revealed in confidence in ADR, and otherwise discoverable and/or admissible, are discoverable and admissible as determined by the trial judge. The parties further agree not to subpoena or seek in any way the oral or written testimony of the ADR judge for any purpose in this or any other proceeding, or to subpoena or seek in any way any materials submitted to the ADR judge during the ADR process for use in this or any other proceeding.

No party or counsel shall be bound by anything said or done during ADR proceedings unless a settlement embodied in a written agreement signed by all parties.

**ADVANCED TEAM CONCEPTS, INC.**

s/ Charles Holland Steen
CHARLES HOLLAND STEEN
Charles H. Steen, P.C.
2401 Turtle Creek Boulevard
Dallas, TX 75219
(214) 559-4446
docsteen@mindspring.com

Attorney for Plaintiff

May 12, 2008

**THE UNITED STATES**

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 616-2377
Fax: (202) 305-7643
steven.mager@usdoj.gov

Attorneys for Defendant

May 12, 2008